IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CORDERO ROBERT SEALS, Defendant. | No. 17-CR-28-LRR **ORDER** |

On July 19, 2017, the jury returned verdicts finding Defendant Cordero Robert Seals guilty on Counts 1 and 2 of the Superseding Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Count 2 of the Superseding Indictment. The court reserved ruling on the motion for judgment of acquittal on Count 1.

2. The United States Probation Office is directed to conduct a presentence investigation and prepare a report.

3. The attorneys must timely comply with the deadlines for preparation of the presentence report.

4. Defendant is to remain in custody pending sentencing.

5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service." LR 47.

**IT IS SO ORDERED.**

**DATED** this 20th day of July, 2017.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA